(121 So. 459)

## W. H. SPANN v. TOWN OF HARTFORD.
### (4 Div. 425.)

Court of Appeals of Alabama. Dec. 18, 1928.

Rehearing Denied April 2, 1929.

E. C. Boswell, of Geneva, for appellant.
R. S. Ward, of Hartford, for appellee.

RICE J. The judgment appealed from is reversed, and the cause remanded on the authority of the opinion in the case of W. H. Spann v. Town of Hartford, ante, p. 17, 121 So. 436.

Reversed and remanded.